UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CV-00247 JAM-DB |
| Plaintiff, | ) | |
| v. | ) | |
| REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | ) | **RELATED CASE ORDER** |
| Defendants | ) | |
| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-CV-02544-KJM-CKD |
| Plaintiff, | ) | |
| v. | ) | |
| Bankruptcy Estate of DC SOLAR SOLUTIONS, INC. dba DC SOLAR SOLUTIONS MFG, INC. dba DC SOLAR SOLUTIONS MANUFACTURING, INC., a California corporation; Bankruptcy Estate of DC SOLAR DISTRIBUTION, INC., a California corporation; Bankruptcy Estate of DC SOLAR FREEDOM, INC., a California corporation; MATTHEW CARPOFF, an individual; LAUREN CARPOFF, an individual; ROBERT V. AMATO and PRISCILLA AMATO, husband and wife; ROBERT | ) | |

| | |
|---|---|
| 1 | KARMANN, an individual; RONALD ) |
| | J. ROACH, an individual; ) |
| 2 | SEBASTIAN JANO, an individual; ) |
| | STEVE WILDE, an individual; RYAN ) |
| 3 | GUIDRY, an individual; PATRICK ) |
| | MOORE, an individual; HALO ) |
| 4 | MANAGEMENT SERVICES LLC, a ) |
| | Nevada limited liability ) |
| 5 | company; SCOTT WENTZ, an ) |
| | individual; RAINA YEE, an ) |
| 6 | individual; MONTAGE SERVICES, ) |
| | INC., a California corporation; ) |
| 7 | VISTRA INTERNATIONAL EXPANSION ) |
| | (USA) INC., fka RADIUS GGE ) |
| 8 | (USA), INC., fka HIGH STREET ) |
| | PARTNERS INC., a Maryland ) |
| 9 | corporation; JULIE MURACO, an ) |
| | individual; Praeditis Group LLC, ) |
| 10 | a Delaware limited liability ) |
| | company; THE STRAUSS LAW FIRM, ) |
| 11 | LLC, a South Carolina limited ) |
| | liability company; PETER ) |
| 12 | STRAUSS, an individual; DIANA ) |
| | KERSHAW, an individual; HERITAGE ) |
| 13 | BANK OF COMMERCE, a California ) |
| | Corporation; CARSON TRAILER, ) |
| 14 | INC., a California corporation; ) |
| | DAVID ENDRES, an individual; ) |
| 15 | ALVAREZ & MARSAL VALUATION ) |
| | SERVICES, LLC, a Delaware ) |
| 16 | limited liability company; BARRY ) |
| | HACKER, an individual; MARSHAL & ) |
| 17 | STEVENS, INC.; MARCELO BERMUDEZ, ) |
| | an individual; COHNREZNICK, LLP, ) |
| 18 | a New Jersey limited liability ) |
| | partnership; RADIUS GGE (USA), ) |
| 19 | INC., fka HIGH STREET PARTNERS ) |
| | INC., a Maryland corporation; ) |
| 20 | PANDA BEAR INTERNATIONAL, LTD., ) |
| | a Hong Kong corporation; PANDA ) |
| 21 | SOLAR SOLUTIONS LLC, a Nevada ) |
| | limited liability corporation; ) |
| 22 | DC SOLAR INTERNATIONAL, INC., a ) |
| | Nevis corporation; BAYSHORE ) |
| 23 | SELECT INSURANCE, a Bahamian ) |
| | Corporation; CHAMPION SELECT ) |
| 24 | INSURANCE, a Bahamian ) |
| | Corporation; JPLM DYNASTY TRUST, ) |
| 25 | a Cook Island Trust; BILLIE JEAN ) |
| | TRUST, a Cook Island Trust; ) |
| 26 | SOUTHPAC INTERNATIONAL, INC., a ) |
| | Cook Islands Corporation, AHERN ) |
| 27 | RENTALS INC., a Nevada ) |
| | corporation, ) |
| 28 | Defendants ) |
| | ) |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSEPH BAYLISS and RONALD ROACH,<br><br>                Defendants. | Case No. 2:19-CV-02140 JAM-DB |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>ROBERT A. KARMANN,<br><br>                Defendant. | Case No. 2:19-CV-02531 JAM-DB |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, ET AL.,<br><br>                Defendants. | Case No. 2:19-CV-00485 JAM-DB |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>                Defendants. | Case No. 2:19-CV-00636 JAM-DB |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RONALD J. ROACH and JOSEPH W. BAYLISS,<br><br>                Defendants. | Case No.: 2:19-CR-00182 JAM |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00222 JAM |
| Plaintiff, | |
| v. | |
| ROBERT A. KARMANN, | |
| Defendant. | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:19-cv-02544-KJM-CKD be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:19-cv-02544-JAM-CKD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

1
2      IT IS SO ORDERED.
3
4 Dated:   January 10, 2020
5                                          /s/ John A. Mendez_____
6                                          United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28