UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>           Defendants. | Case No. 2:19-CV-00247 JAM-DB<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, ET AL.,<br><br>           Defendants. | Case No. 2:19-CV-00485 JAM-DB |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>           Defendants. | Case No. 2:19-CV-00636 JAM-DB |

| | | |
|---|---|---|
| 1 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19-CV-02140 JAM-DB |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | JOSEPH BAYLISS and RONALD ROACH, | |
| 6 | Defendants. | |
| 7 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19-CV-02531 JAM-DB |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | ROBERT A. KARMANN, | |
| 11 | Defendant. | |
| 12 | SOLARMORE MANAGEMENT SERVICES, INC., a California corporation, | Case No. 2:19-CV-02544 JAM-DB |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | BANKRUPTCY ESTATE OF DC SOLAR SOLUTIONS, INC., DBA DC SOLAR SOLUTIONS MFG, INC., DBA DC | |
| 17 | SOLAR SOLUTIONS MANUFACTURING, INC., a California Corporation; | |
| 18 | ET AL., | |
| 19 | Defendants. | |
| 20 | UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00182 JAM |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | RONALD J. ROACH and JOSEPH W. BAYLISS, | |
| 24 | Defendants. | |
| 25 | UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00222 JAM |
| 26 | Plaintiff, | |
| 27 | v. | |
| 28 | ROBERT A. KARMANN, | |
| | Defendant. | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-CR-00003 JAM |
| Plaintiff, | ) | |
| v. | ) | |
| RYAN GUIDRY, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-CR-00016 TLN |
| Plaintiff, | ) | |
| v. | ) | |
| ALAN HANSEN, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-CR-00017 KJM |
| Plaintiff, | ) | |
| v. | ) | |
| JEFF CARPOFF, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-CR-00018 TLN |
| Plaintiff, | ) | |
| v. | ) | |
| PAULETTE CARPOFF, | ) | |
| Defendant. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation

of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:20-CR-00016 TLN, 2:20-CR-00017 KJM, and 2:20-CR-00018 TLN be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:20-CR-00016 JAM, 2:20-CR-00017 JAM, and 2:20-CR-00018 JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   January 23, 2020

/s/ John A. Mendez_____
U. S. District Court Judge